```
 1 | JERRY KAPLAN, ESQ./SBN 49142
   | DAVID SCOTT KADIN, ESQ./SBN 9086
 2 | KAPLAN, KENEGOS & KADIN
   | 9150 Wilshire Boulevard, Suite 175
 3 | Beverly Hills, CA 90212
   | Telephone: (310)859-7700
 4 | Facsimile: (310)859-7773
 5 | Attorneys for Defendants/Counterclaimants BRUCE YASMEH, etc. et al.
 6 |
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CASE NO.: 2:08-bk-32333-BR |
| NAMCO CAPITAL GROUP, INC., a ) | [Chapter 11] |
| California corporation, ) | |
| ) | Adv. No. 2:10-ap-03166-BR |
| Debtor, ) | |
| ) | **ANSWER AND COUNTERCLAIM OF** |
| ) | **BRUCE YASMEH, ETC., ET AL.** |
| ) | |
| ) | Chapter 11 Bankruptcy Filed on |
| ) | November 23, 2010 |
| _____ ) | |
| BRADLEY D. SHARP, CHAPTER 11 ) | [JURY TRIAL REQUESTED] |
| Trustee, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRUCE YASMEH, an ) | |
| individual; KOVAL LN 21, ) | |
| LLC, a Nevada limited ) | |
| liability company; NATO ) | |
| FUND, INC., a Nevada ) | |
| limited liability company; ) | |
| INTERNATIONAL VILLA, LLC, ) | |
| a Nevada limited liability ) | |
| company; INTERNATIONAL ) | |
| VILLAS PHASE ONE HOMEOWNERS ) | |
| ASSOCIATION INC., a Nevada ) | |
| non-profit coop. etc. et al ) | |
| ) | |
|     Defendants. ) | |
| _____ ) | |

1

**ANSWER AND COUNTERCLAIM OF BRUCE YASMEH, ETC., ET AL.**

|  |  |
|---|---|
| 1 | BRUCE YASMEH, an individual; KOVAL LN 21, ) |
| 2 | LLC, a Nevada limited liability company; ) |
| 3 | KOVAL LN 6, LLC, a Nevada limited liability company ) |
| 4 | NATO FUND, INC., a Nevada limited liability company; ) |
| 5 | INTERNATIONAL VILLA, LLC, a Nevada limited liability ) |
| 6 | company; UNITED BUILDING MANAGEMENT, LLC, a Nevada ) |
| 7 | limited liability company; UNITED BUILDING, LLC, a ) |
| 8 | Nevada limited liability company, ) |
| 9 |  ) |
| 10 | Counterclaimants, ) vs. ) |
| 11 | BRADLEY D. SHARP, CHAPTER 11) Trustee, ) |
| 12 | CounterDefendant. ) |

Defendants/Counterclaimants BRUCE YASMEH, an individual; KOVAL LN 21, LLC, a Nevada limited liability company; NATO FUND, INC., a Nevada corporation; KOVAN LN 6, LLC, a Nevada limited liability company; INTERNATIONAL VILLA, LLC, a Nevada limited liability company; INTERNATIONAL VILLAS PHASE ONE HOMEOWNERS ASSOCIATION INC., a Nevada non-profit coop. corporation; UNITED BUILDING MANAGEMENT, LLC, a Nevada limited liability company; and UNITED BUILDING LLC, a Nevada limited liability company etc. et al answer the Complaint filed by Plaintiff in the above-captioned matter and assert affirmative defenses and counterclaims as follows:

## NATURE OF ACTION

2

ANSWER AND COUNTERCLAIM OF BRUCE YASMEH, ETC., ET AL.

1. Defendants admit Paragraph 1, but deny that they are liable for anything or that Plaintiff is entitled to recover anything against them.

## JURISDICTION AND CASE BACKGROUND

2. Defendants admit Paragraph 2.

3. Defendants admit Paragraph 3.

4. Defendants admit Paragraph 4.

5. Defendants admit Paragraph 5.

## THE PARTIES

6. Defendants admit Paragraph 6.

7. Responding to Paragraph 7 of the Complaint, Defendants admit that Bruce Yasmeh is an individual who has done business in the Central District of California, and denies the remaining allegations of Paragraph 7.

8. Responding to paragraph 8 of the Complaint, Defendants admit Koval Ln 21, LLC (KL21) is a limited liability company organized and existing under Nevada law and doing business in Nevada and within the jurisdiction of this Court, but deny the remaining allegations of Paragraph 8.

9. Responding to paragraph 9 of the Complaint, Defendants admit that NATO Fund, Inc. ("NATO") is a Nevada corporation, organized and existing under Nevada law and doing business in Nevada and within the jurisdiction of this Court, but deny the remaining allegations of Paragraph 9.

10. Responding to paragraph 10 of the Complaint, Defendants admit Koval Ln 6, LLC (KL6) is a limited liability company organized and existing under Nevada law and doing business in Nevada and within the jurisdiction of this Court, but deny the remaining allegations of Paragraph 10.

11. Responding to paragraph 11 of the Complaint, Defendants admit International Villa, LLC ("International Villa") is a limited liability company organized and existing under Nevada law and doing business in Nevada and within the jurisdiction of this Court, but deny the remaining allegations of Paragraph 11.

12. Responding to paragraph 12 of the Complaint, Defendants admit International Villas Phase One Homeowners Association, Inc. ("International Villas One") is a non-profit corporation organized and existing under Nevada law and doing business in Nevada and within the jurisdiction of this Court, but deny the remaining allegations of Paragraph 12.

13. Responding to paragraph 13 of the Complaint, Defendants admit International Villas Phase Two Homeowners Association, Inc. ("International Villas Two") is a non-profit corporation organized and existing under Nevada law and doing business in Nevada and within the jurisdiction of this Court, but deny the remaining allegations of Paragraph 13.

14. Responding to paragraph 14 of the Complaint, Defendants admit United Building Management, LLC ("UBM") is a limited liability company organized and existing under Nevada law and doing

4

ANSWER AND COUNTERCLAIM OF BRUCE YASMEH, ETC., ET AL.

business in Nevada and within the jurisdiction of this Court, but deny the remaining allegations of Paragraph 14.

15. Responding to paragraph 15 of the Complaint, Defendants admit United Building, LLC ("UB") is a limited liability company organized and existing under Nevada law and doing business in Nevada and within the jurisdiction of this Court, but deny the remaining allegations of Paragraph 15.

16. Responding to paragraph 16 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

17. Responding to paragraph 17 of the Complaint, Defendants admit that the term "transfer" is defined in 11 U.S.C. section 101(54) as set forth in paragraph 17 of the Complaint. In making such admission, each defendant specifically denies any liability as to any of Plaintiff's claims.

18. Responding to paragraph 18 of the Complaint, the Defendants specifically deny each and every allegation contained therein. The respective defendants specifically deny the accuracy of any information set forth in Exhibit "A" to Plaintiff's Complaint or that Defendants made transfers to Yasmeh for the benefit of Yasmeh of the sum of $19,657.890.57 or any other amount.

19. Responding to paragraph 19 of the Complaint, the Defendants specifically deny each and every allegation contained therein. The respective defendants specifically deny the accuracy of any information set forth in Exhibit "A" to Plaintiff's

ANSWER AND COUNTERCLAIM OF BRUCE YASMEH, ETC., ET AL.

Complaint or that Defendants made transfers to LL21 and NATO in the sum of $4,892,017.50 or any other amount.

20. Responding to paragraph 20 of the Complaint, the respective Defendants specifically deny each and every allegation contained therein. Defendants specifically deny the accuracy of any information set forth in Exhibit "A" to Plaintiff's Complaint or that Defendants made transfers to KL6 in the sum of $114,082.74 or any other amount.

21. Responding to paragraph 21 of the Complaint, the respective Defendants deny each and every allegation contained therein. Defendants specifically deny the accuracy of any information set forth in Exhibit "A" to Plaintiff's Complaint or that Defendants made transfers to International Villa, International Villas One, International Villas Two, UBM and UB in the sum of $13,651,790.33 or any other amount.

### FIRST CLAIM FOR RELIEF AGAINST YASMEH

22. Defendant Yasmeh incorporates by this reference his responses to Paragraph 1 through 21 above as if fully set forth herein.

23. Responding to paragraph 23 of the Complaint, Defendant Yasmeh specifically denies each and every allegation contained therein.

6

ANSWER AND COUNTERCLAIM OF BRUCE YASMEH, ETC., ET AL.

24. Responding to paragraph 24 of the Complaint, Defendant Yasmeh specifically denies each and every allegation contained in Paragraph 24.

## SECOND CLAIM FOR RELIEF AGAINST YASMEH

25. Defendant Yasmeh incorporates by this reference his responses to Paragraph 1 through 21 above as if fully set forth herein.

26. Responding to Paragraph 26 of the Complaint, the Defendant Yasmeh specifically denies each and every allegation contained therein.

27. Responding to Paragraph 27 of the Complaint, Defendant Yasmeh specifically denies each and every allegation contained therein.

## THIRD CLAIM FOR RELIEF AGAINST YASMEH

28. Defendant Yasmeh incorporates by this reference his responses to Paragraph 1 through 21 above as if fully set forth herein.

29. Responding to Paragraph 29 of the Complaint, Defendant Yasmeh specifically denies each and every allegation contained therein.

30. Responding to Paragraph 30 of the Complaint, Defendant Yasmeh specifically denies each and every allegation contained therein.

## FOURTH CLAIM FOR RELIEF AGAINST YASMEH

31. Defendant Yasmeh incorporates by this reference his responses to Paragraph 1 through 21 above as if fully set forth herein.

32. Responding to Paragraph 32 of the Complaint, Defendant Yasmeh specifically denies each and every allegation contained therein.

33. Responding to Paragraph 33 of the Complaint, Defendant Yasmeh specifically denies each and every allegation contained therein.

### FIFTH CLAIM FOR RELIEF AGAINST YASMEH

34. Defendant Yasmeh incorporates by this reference his responses to Paragraph 1 through 21 above as if fully set forth herein.

35. Responding to Paragraph 35 of the Complaint, Defendant Yasmeh specifically denies each and every allegation contained therein.

36. Responding to Paragraph 36 of the Complaint, Defendant Yasmeh specifically denies each and every allegation contained therein.

### SIXTH CLAIM FOR RELIEF AGAINST YASMEH

37. Defendant Yasmeh incorporates by this reference his responses to Paragraph 1 through 21 above as if fully set forth herein.

ANSWER AND COUNTERCLAIM OF BRUCE YASMEH, ETC., ET AL.

38. Responding to Paragraph 38 of the Complaint, Defendant Yasmeh specifically denies each and every allegation contained therein.

39. Responding to Paragraph 39 of the Complaint, Defendant Yasmeh specifically denies each and every allegation contained therein.

### SEVENTH CLAIM FOR RELIEF AGAINST KL21 AND NATO

40. Defendants incorporate by this reference their responses to Paragraph 1 through 21 above as if fully set forth herein.

41. Responding to Paragraph 41 of the Complaint, Defendants specifically deny each and every allegation contained therein.

42. Responding to Paragraph 42 of the Complaint, the Defendants specifically deny each and every allegation contained therein.

### EIGHTH CLAIM FOR RELIEF AGAINST KL21 AND NATO

43. Defendants incorporate by this reference their responses to Paragraph 1 through 21 above as if fully set forth herein.

44. Responding to Paragraph 44 of the Complaint, Defendants specifically deny each and every allegation contained therein.

45. Responding to Paragraph 45 of the Complaint, Defendants specifically deny each and every allegation contained therein.

### NINTH CLAIM FOR RELIEF AGAINST KL21 AND NATO

46. Defendants incorporate by this reference their responses to Paragraph 1 through 21 above as if fully set forth herein.

47. Responding to Paragraph 47 of the Complaint, Defendants specifically deny each and every allegation contained therein.

ANSWER AND COUNTERCLAIM OF BRUCE YASMEH, ETC., ET AL.

48. Responding to Paragraph 48 of the Complaint, Defendants specifically deny each and every allegation contained therein.

### TENTH CLAIM FOR RELIEF AGAINST KL21 AND NATO

49. Defendants incorporate by this reference their responses to Paragraph 1 through 21 above as if fully set forth herein.

50. Responding to Paragraph 50 of the Complaint, Defendants specifically deny each and every allegation contained therein.

51. Responding to Paragraph 51 of the Complaint, Defendants specifically deny each and every allegation contained therein.

### ELEVENTH CLAIM FOR RELIEF AGAINST KL21 AND NATO

52. Defendants incorporate by this reference their responses to Paragraph 1 through 21 above as if fully set forth herein.

53. Responding to Paragraph 53 of the Complaint, Defendants specifically deny each and every allegation contained therein.

54. Responding to Paragraph 54 of the Complaint, Defendants specifically deny each and every allegation contained therein.

### TWELFTH CLAIM FOR RELIEF AGAINST KL21 AND NATO

55. Defendants incorporate by this reference their responses to Paragraph 1 through 21 above as if fully set forth herein.

56. Responding to Paragraph 56 of the Complaint, Defendants specifically deny each and every allegation contained therein.

57. Responding to Paragraph 57 of the Complaint, the respective defendants specifically deny each and every allegation contained therein.

### THIRTEENTH CLAIM FOR RELIEF AGAINST KL6

58. Defendant repeats and realleges it responses to Paragraph

1 through 21 above as if fully set forth herein.

59. Responding to Paragraph 59 of the Complaint, Defendant specifically denies each and every allegation contained therein.

60. Responding to Paragraph 60 of the Complaint, Defendant specifically denies each and every allegation contained therein.

### FOURTEENTH CLAIM FOR RELIEF AGAINST KL6

61. Defendant repeats and realleges its responses to Paragraph 1 through 21 above as if fully set forth herein.

62. Responding to Paragraph 62 of the Complaint, Defendant specifically denies each and every allegation contained therein.

63. Responding to Paragraph 63 of the Complaint, Defendant specifically denies each and every allegation contained therein.

### FIFTEENTH CLAIM FOR RELIEF AGAINST KL6

64. Defendant repeats and realleges its responses to Paragraph 1 through 21 above as if fully set forth herein.

65. Responding to Paragraph 65 of the Complaint, Defendant specifically denies each and every allegation contained therein.

66. Responding to Paragraph 66 of the Complaint, Defendant specifically denies each and every allegation contained therein.

### SIXTEENTH CLAIM FOR RELIEF AGAINST KL6

67. Defendant repeats and realleges its responses to Paragraph 1 through 21 above as if fully set forth herein.

68. Responding to Paragraph 68 of the Complaint, Defendant specifically denies each and every allegation contained therein.

69. Responding to Paragraph 69 of the Complaint, Defendant specifically denies each and every allegation contained therein.

### SEVENTEENTH CLAIM FOR RELIEF AGAINST KL6

70. Defendant repeats and realleges its responses to Paragraph 1 through 21 above as if fully set forth herein.

71. Responding to Paragraph 71 of the Complaint, Defendant specifically denies each and every allegation contained therein.

72. Responding to Paragraph 72 of the Complaint, Defendant specifically denies each and every allegation contained therein.

### EIGHTEENTH CLAIM FOR RELIEF AGAINST KL6

73. Defendant repeats and realleges its responses to Paragraph 1 through 21 above as if fully set forth herein.

74. Responding to Paragraph 74 of the Complaint, Defendant specifically denies each and every allegation contained therein.

75. Responding to Paragraph 75 of the Complaint, Defendant specifically denies each and every allegation contained therein.

### NINETEENTH CLAIM FOR RELIEF AGAINST INTERNATIONAL VILLAS, INTERNATIONAL VILLAS ONE, INTERNATIONAL VILLAS TWO, UBM AND UB

76. Defendants repeat and reallege their responses to Paragraph 1 through 21 above as if fully set forth herein.

77. Responding to Paragraph 77 of the Complaint, Defendants specifically deny each and every allegation contained therein.

78. Responding to Paragraph 78 of the Complaint, Defendants specifically deny each and every allegation contained therein.

12

ANSWER AND COUNTERCLAIM OF BRUCE YASMEH, ETC., ET AL.

<u>TWENTIETH CLAIM FOR RELIEF AGAINST INTERNATIONAL VILLAS, INTERNATIONAL VILLAS ONE, INTERNATIONAL VILLAS TWO, UBM AND UB</u>

79. Defendants repeat and reallege their responses to Paragraph 1 through 21 above as if fully set forth herein.

80. Responding to Paragraph 80 of the Complaint, Defendants specifically deny each and every allegation contained therein.

81. Responding to Paragraph 81 of the Complaint, the respective defendants specifically deny each and every allegation contained therein.

<u>TWENTY FIRST CLAIM FOR RELIEF AGAINST INTERNATIONAL VILLAS, INTERNATIONAL VILLAS ONE, INTERNATIONAL VILLAS TWO, UBM AND UB</u>

82. Defendants repeat and reallege their responses to Paragraph 1 through 21 above as if fully set forth herein.

83. Responding to Paragraph 83 of the Complaint, Defendants specifically deny each and every allegation contained therein.

84. Responding to Paragraph 84 of the Complaint, Defendants specifically deny each and every allegation contained therein.

<u>TWENTY-SECOND CLAIM FOR RELIEF AGAINST INTERNATIONAL VILLAS, INTERNATIONAL VILLAS ONE, INTERNATIONAL VILLAS TWO, UBM AND UB</u>

85. Defendants repeat and reallege their responses to Paragraph 1 through 21 above as if fully set forth herein.

86. Responding to Paragraph 86 of the Complaint, Defendants specifically deny each and every allegation contained therein.

87. Responding to Paragraph 87 of the Complaint, Defendants specifically deny each and every allegation contained therein.

ANSWER AND COUNTERCLAIM OF BRUCE YASMEH, ETC., ET AL.